# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**BOBBY McGUIRE,**

   Plaintiff,

 -vs-

             Case No. 15-C-0093

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security,**

   Defendant.

# DECISION AND ORDER

Plaintiff Bobby McGuire ("McGuire") seeks leave to proceed *in forma pauperis* ("IFP") (ECF No. 2) on his appeal from the denial of his application(s) for social security disability insurance benefits. In order to authorize a litigant to proceed IFP, the Court must make two determinations: first, whether the litigant is unable to pay the costs of commencing this action; and second, whether the action is frivolous or malicious. 28 U.S.C. §§ 1915(a) and (e)(2)(B)(i). The Court must deny a request to proceed IFP if (1) the allegation of poverty is untrue; (2) the action is frivolous; (3) the action fails to state a claim; or (4) the action seeks monetary relief against an immune defendant. 28 U.S.C. § 1915(e)(2).

By his petition and affidavit to proceed IFP, McGuire avers that he is single. Monthly, McGuire receives $189 in public assistance. McGuire owns a 2001 Chrysler Sebring worth $6,000. However, he owns no other valuable tangible property and has no funds in a checking or savings account. McGuire's monthly expenses of $347 exceed his monthly total income.

Based on the information provided, McGuire has satisfied the requirements of 28 U.S.C. § 1915(a) by demonstrating that he is unable to pay the $350 filing fee for this action. Furthermore, McGuire's Complaint states an arguable claim for relief. Accordingly, McGuire's petition for leave to proceed IFP is granted.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

McGuire's petition for leave to proceed IFP (ECF No. 2) is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 27th day of January, 2015.

**BY THE COURT:**

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**